UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80045-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAOMI NATAL HAYNES,

    Defendant.
_____/

**SECOND MOTION TO RECONSIDER PRETRIAL DETENTION ORDER**

Defendant, NAOMI NATAL HAYNES, through undersigned counsel, hereby files this Second Motion to Reconsider the Pretrial Detention Order entered in this case and as grounds therefor states as follows:

1. On April 15, 2019, the Honorable William Matthewman, United States Magistrate Judge, entered a Pretrial Detention Order finding that the Defendant was risk of flight or nonappearance.   DE 8.

2. While the Court found that the evidence against the Defendant was substantial, the Court did note that Defendant voluntarily returned to the United States from Canada to meet with the agents, knowing that she was a target for prosecution. *Id.* at p. 8, 11.

3. The Court noted that Defendant is a lawful permanent resident of the United States and has minor children who reside in the United States.   *Id.* at p. 9.

4. Since the entry of the Pretrial Detention Order, this Court has granted prior motions by the Government to continue the trial based upon the purported need to secure evidence and witnesses outside of the jurisdiction of the United States.

5. As a result of the novel coronavirus pandemic and the cocommittant closure of the courthouse for jury trials, this case is now set for trial on July 20, 2020.

6. At this rate, Defendant will have been in pretrial detention for nearly fifteen (15) months.

7. For these reasons, Defendant seeks reconsideration of the Pretrial Detention Order and release on bond pending trial in this matter.

8. Courts have recognized that at some point, the duration of pretrial detention becomes unconstitutional. *See United States v. Quartermaine*, 913 F.2d 910, 918 (11th Cir 1990)(citing *United States v. Gonzalez-Claudio*, 806 F.2d 334, 340 (2d Cir., cert. dismissed sub nom. *Melendez-Carrion v. United States*, 479 U.S. 978, 107 S.Ct. 562, 93 L.Ed.2d 568 (1986)(holding that fourteen months of detention is violative of due process)). *See also United States v. Zannino*, 798 F.2d 544, 548 (1st Cir.1986) (in perhaps most cases, sixteen months would be found to exceed due process limitations). *But see United States v. Martinez*, 678 F.Supp. 267, 269 (S.D.Fla.1988) (district court refused release after fourteen months of pretrial detention).

9. Therefore, Defendant submits that this Court should reconsider the Pretrial Detention Order in this case and grant Defendant release on reasonable bond conditions.

10. The Government objects to the relief requested herein.

WHEREFORE Defendant NAOMI NATAL HAYNES prays that this Honorable Court grant this Second Motion to Reconsider the Pretrial Detention Order entered in this case and to order Defendant's release on reasonable conditions of bond.

RICHARD F. DELLA FERA, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone:    (954) 848-2872
Facsimile:    (954) 848-2873
Email: rdf@rdfattorney.com
      admin@rdfattorney.com

By:   */s/ Richard F. Della Fera*
    RICHARD F. DELLA FERA
    Fl. Bar No. 66710

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2020, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

By: */s/ Richard F. Della Fera*
RICHARD F. DELLA FERA